# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHLEEN POWELL, JEREMY
PHILLIPS, BRANDI PHILLIPS,
DONALD DAWSON, BARBARA
DAWSON, MICHAEL MONTALBANO,
EVELYN MONTALBANO, MITCHELL
KIMBALL, AND KATHERINE
KIMBALL

VERSUS

STATE OF LOUISIANA THROUGH
THE TERREBONNE LEVEE AND
CONSERVATION DISTRICT,
TERREBONNE PARISH
CONSOLIDATED GOVERNMENT, AND
COASTAL PROTECTION AND
RESTORATION AUTHORITY

NO.   2024 CW 0909

**DECEMBER 6, 2024**

---

In Re:    Kathleen Powell, Jeremy Phillips, Brandi Phillips, Donald Dawson, Barbara Dawson, Michael Montalbano, Evelyn Montalbano, Mitchell Kimble, Katherine Kimble, and Milton Constransitch, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 190344.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT